MAINTAIN ON PAPER

US court

501 I Street

Sacramento, CA 95814

FILED

JUN - 5 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

Taifusin Chiu

4005 23rd ave apt J

Sacramento, CA 95820

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

,

                    Plaintiff, Taifusin Chiu

        v.

,

                    Defendant. Colonial
                    Height Library/stranger
                    in library

No.

2:23 - CV 1 0 5 3 - KJM KJN PS

Medal of Honor versus Purple Heart

The President Show Down
900 Septillion Number
Medal of Honor versus Purple heart series
Merit case
Merit white glove

1

In beginning of life, God, the creator create element, overall life achievement, fortune, and bond. I separate element, sky, land, fire, wind, overall life achievement, and fortune. I combine them known as element overall life achievement fortune bond and sky and land overall life achievement fortune bond in overall life achievement as highest achievement and obtain Medal of Honor award.

A male punch me on the side of my head and while I am working on my computer and near the printer side while I was taking and enjoying my computer. He is stranger and while he gives me assault on my side face. He had been sued for $1000, Fine $1000, and post bond of bail for $1000. He had pressed charge felony and pursuit against him as criminal record. He had been charged as crime. He punched me very hard at 2:50 pm and injury on my face on the side of my head. He had been sued to for physical injury. This incident happens in location, colonial height library building, and on Saturday, May 20, 2023 under such a word. He performs touch word and punch me very hard which he performs one of the follow six sense word and touch word and above and beyond and infinite bond of white diamond blue nile emerald and sky and land overall life achievement fortune bond and generate each country and all countries and winner-take-all system under such a word as highest achievement and obtain Medal of Honor award.

He violates 0 dots and 0 word and press charge misdemeanor or felony and pursuit against him as criminal record. He files arrest. He had book in jail under such a word and above and beyond and infinite bond of white diamond blue nile emerald and generate each country and all countries and winner-take-all system under such a word as highest achievement and obtain Medal of Honor award.

He appears on court and win free all debt under such a word and above and beyond and infinite bond of white diamond blue nile emerald and generate each country and all countries and winner-take-all system under such a word as highest achievement and obtain Medal of Honor award.

He looks at my paper under visual word from such a word and above and beyond and infinite bond of white diamond blue nile emerald and generate each country and all countries and winner-take-all system under such a word as highest achievement and obtain Medal of Honor award.

Next time, he won't punch me again or assault me with injury again and send attachment this video with this file to be play on court for injury with flash drive as highest achievement and obtain Medal of Honor award.

He refused to pay, denial to pay, and fail to pay and dismissal with jail as highest achievement and obtain Medal of Honor award.

2

He had sent warrant arrest to his house and arrest. He had given ticket to court and post bond bail for 30 days and after 30 days. The case is dismissal with jail and misdemeanor not found arrest as highest achievement and obtain Medal of Honor award.

He had given a ticket to work project and pay me in jail with the amount what I sue him for injury as highest achievement and obtain Medal of Honor award.

Next time, he won't punch me against which he is totally stranger as highest achievement and obtain Medal of Honor award.

I was work on my computer at Library and enjoy my computer. He had been told. I am busy. He punched my face next my ear and effect on my teeth. He wants to sued him for injury. He had press charge misdemeanor not found arrest. He had file arrest and post bond for $1,000. Fine $1,000. He had pressed $1,000. He had been sued for $1,000 under touching word from such a word and Above and beyond and infinite bond of white diamond blue nile 22.11- Carat Emerald Cut Diamond and sky and land overall life achievement fortune bond and free all debt bond and generate for each country and all countries and free all debt as highest achievement and obtain Medal of Honor award.

I request a copy of video from Colonial Height Library. I request a video to be play at court under visual word and win Above and beyond and infinite bond of white diamond blue nile 22.11- Carat Emerald Cut Diamond and sky and land overall life achievement fortune bond, free all debt bond, generate for each country, and all countries in overall life achievement as highest achievement and obtain Medal of Honor award.

I win free Iu Mien Student conference one building, Iu Mien Student Conference human resource 2 story building, Iu Mien Student Conference Corporation 60 story building, Iu Mien Student Conference Headquarter 60 story building, Iu Mien Student Conference Organization 60 story building as highest achievement and obtain Medal of Honor award.

He refuse to pay, denial to pay, and reject to pay and dismissal with jail as highest achievement and obtain Medal of Honor award.

He had been sued for assault or injury under such a word call touch word and win Above

3

and beyond and infinite bond of white diamond blue nile 22.11- Carat Emerald Cut Diamond and sky and land overall life achievement fortune bond, free all debt bond, generate for each country, and all countries in overall life achievement as highest achievement and obtain Medal of Honor award.

He wants me to sue him. He appears on court under such a word and win Above and beyond and infinite bond of white diamond blue nile 22.11- Carat Emerald Cut Diamond  and sky and land overall life achievement fortune bond, free all debt bond, generate for each country, all countries and free all debt in overall life achievement as highest achievement and obtain Medal of Honor award.

He looks at my paper under visual word known as such a word He wants me to sue him. He appears on court under such a word and win Above and beyond and infinite bond of white diamond blue nile 22.11- Carat Emerald Cut Diamond  and sky and land overall life achievement fortune bond, free all debt bond, generate for each country, all countries and free all debt in overall life achievement as highest achievement and obtain Medal of Honor award.

Next time he won't do it again as highest achievement and obtain Medal of Honor award.

Date: 6/3/2023

Your signature

Saetern, Chiew Lio aka Chiu, Taifusin

YOUR NAME

IN PRO PER

4

**Robert T. Matsui U.S. Courthouse and Federal Building**

**501 I St**

Sacramento, CA 95814

Taifusin Chiu

4005 23rd ave Apt J

Sacramento, CA 95820

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  | No. |
|---|---|
| ,<br><br>Plaintiff, Taifusin Chiu<br>Or Saetern, Chiew Lio<br><br>v.<br><br>,<br><br>Defendant. Stranger at<br>computer next to print,<br>The President of US/All<br>report, |  |

He had a lot of money to beat me with and he had a lot of money to pay off world debt. He had a lot of money to start shit and had a lot of money to pay off world debt as highest achievement and obtain Medal of Honor award.

Next time, he won't come after me again or touch me again as highest achievement and obtain Medal of Honor award.

5

He FTA for court and dismissal with jail under such a word as highest achievement and obtain Medal of Honor award.

I request video play in court as highest achievement and obtain Medal of Honor award.

Date: 6/3/2023

Your signature

Saetern, Chiew Lio aka Chiu, Taifusin

YOUR NAME

IN PRO PER

6

US court

501 I Street

Sacramento, CA 95814

Taifusin Chiu

4005 23rd ave apt J

Sacramento, CA 95820

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| , | No. |
| Plaintiff, Taifusin Chiu | |
| v. | |
| , | |
| Defendant. Colonial Height Library/stranger in library | |

Medal of Honor versus Purple Heart

The President Show Down
900 Graham's Number

7

Spoken word:

He speaks inside the court known spoken word under such a word and win Above and beyond and infinite bond of white diamond blue nile 22.11- Carat Emerald Cut Diamond and sky and land overall life achievement fortune bond, free all debt bond, generate for each country, and all countries in overall life achievement as highest achievement and obtain Medal of Honor award.

Taste word

He speaks inside the court and taste a water with him germ and bubble in his mouth known as tasting word under such a word and win Above and beyond and infinite bond of white diamond blue nile 22.11- Carat Emerald Cut Diamond and sky and land overall life achievement fortune bond, free all debt bond, generate for each country, and all countries in overall life achievement as highest achievement and obtain Medal of Honor award.

Smelling word

He smells inside the fresh air inside the court known smelling word under such a word and win Above and beyond and infinite bond of white diamond blue nile 22.11- Carat Emerald Cut Diamond and sky and land overall life achievement fortune bond, free all debt bond, generate for each country, and all countries in overall life achievement as highest achievement and obtain Medal of Honor award.

Visual word

I see him appear on court and known as visual word under such a word and win Above and beyond and infinite bond of white diamond blue nile 22.11- Carat Emerald Cut Diamond and sky and land overall life achievement fortune bond, free all debt bond, generate for each country, and all countries in overall life achievement as highest achievement and obtain Medal of Honor award.

8

Visual word

When you look at my paper known as visual word under such a word and win Above and beyond and infinite bond of white diamond blue nile 22.11- Carat Emerald Cut Diamond and sky and land overall life achievement fortune bond, free all debt bond, generate for each country, and all countries in overall life achievement as highest achievement and obtain Medal of Honor award.

Thinking word

He thinks inside the court and known as thinking word under such a word and win Above and beyond and infinite bond of white diamond blue nile 22.11- Carat Emerald Cut Diamond and sky and land overall life achievement fortune bond, free all debt bond, generate for each country, and all countries in overall life achievement as highest achievement and obtain Medal of Honor award.

Hearing word

He speaks a word in court and I hear him in court known as hearing word under such a word and win Above and beyond and infinite bond of white diamond blue nile 22.11- Carat Emerald Cut Diamond and sky and land overall life achievement fortune bond, free all debt bond, generate for each country, and all countries in overall life achievement as highest achievement and obtain Medal of Honor award.

Touching word

He punches while I am at computer and busy working on computer and enjoy. He punches my face and injury my teeth and side face and teeth gum or teeth meat under such a word call touching word at library under touching word from such a word and win Above and beyond and infinite bond of white diamond blue nile 22.11- Carat Emerald Cut Diamond and sky and land overall life achievement fortune bond, free all debt bond, generate for each country, and all countries in overall life achievement as highest achievement and obtain Medal of Honor award.

9

Written word

He writes a case for response to my case with his signature which he writes himself or attorney under such a word call written word and win Above and beyond and infinite bond of white diamond blue nile 22.11- Carat Emerald Cut Diamond and sky and land overall life achievement fortune bond, free all debt bond, generate for each country, and all countries in overall life achievement as highest achievement and obtain Medal of Honor award.

He violates 0 dots and Above and beyond and infinite bond of white diamond blue nile 22.11- Carat Emerald Cut Diamond and sky and land overall life achievement fortune bond, free all debt bond, generate for each country, and all countries and free all debt in overall life achievement as highest achievement and obtain Medal of Honor award.

This incident happens on Saturday, May 20, 2023 at Colonial Height Library. He had press charge misdemeanor not found arrest. He had been sued for $1,000. He had fined $1000. He had been pressed charge $1,000. Post bond for bail for $1,000. He had book in jail and Above and beyond and infinite bond of white diamond blue nile 22.11- Carat Emerald Cut Diamond and sky and land overall life achievement fortune bond, free all debt bond, generate for each country, and all countries and free all debt in overall life achievement as highest achievement and obtain Medal of Honor award.

I am requesting the video camera from Colonial Height Library and to be play on court under visual word and look at the video together from such a word and Above and beyond and infinite bond of white diamond blue nile 22.11- Carat Emerald Cut Diamond and sky and land overall life achievement fortune bond, free all debt bond, generate for each country, and all countries and free all debt in overall life achievement as highest achievement and obtain Medal of Honor award.

I see you soon in court under visual word from such a word and Above and beyond and infinite bond of white diamond blue nile 22.11- Carat Emerald Cut Diamond and sky and land

10

overall life achievement fortune bond, free all debt bond, generate for each country, and all countries and free all debt in overall life achievement as highest achievement and obtain Medal of Honor award.

If sky and land overall life achievement fortune bond is bigger than world size and qualify free world and free all debt under such a word. There will be six sense word from such a word in overall life achievement as highest achievement and obtain Medal of Honor award.

He appears on court on his own under such a word and Above and beyond and infinite bond of white diamond blue nile 22.11- Carat Emerald Cut Diamond and sky and land overall life achievement fortune bond, free all debt bond, generate for each country, and all countries and free all debt in overall life achievement as highest achievement and obtain Medal of Honor award.

I request the video to be play and look at the video under such a word call visual word and sky and land overall life achievement fortune bond, free all debt bond, generate for each country, and all countries and free all debt in overall life achievement as highest achievement and obtain Medal of Honor award.

I attach a DVD to this file or flash drive for play in court as highest achievement and obtain Medal of Honor award.

I win you as highest achievement and obtain Medal of Honor award.

All battle bond case as highest achievement and obtain Medal of Honor award.

Date: 6/3/2023

Your signature

Saetern, Chiew Lio aka Chiu, Taifusin

YOUR NAME

IN PRO PER

11

US court

501 I Street

Sacramento, CA 95814


Taifusin Chiu

4005 23rd ave apt J

Sacramento, CA 95820

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

,                                                              No.

Plaintiff, Taifusin Chiu

v.

,

Defendant. Colonial
Height Library/stranger
in library

Medal of Honor versus Purple Heart

The President Show Down
999 USD Gizmodo Number President Show Down and USD Infinite  President Show down

Maximum Number to Infinite Number USD President

Achievement versus no achievement

12

Restrict versus picky

Boundary line versus border line

Restrict versus picky on boundary line versus borderline on human right and law in overall life achievement

The President Show Down


| | |
|---|---|
| High School diploma and without high school diploma | $8.25 per hour |
| Campus Job College | $9.00 per hour |
| Certificate of Achievement | $10.50 per hour |
| Associate degree | $15.15 per hour |
| Bachelor Degree | $28.00 per hour |
| Master Degree | $35.00 per hour |
| PH.D. or Doctor Degree | $45.00 per hour |
| The President of US or The President of Country | $192.38 per hour |

Sick leave, retirement, 401k, employee pay check for all employees


| | |
|---|---|
| High School diploma and without high school diploma | $135.00 per hour |

Sick leave, retirement, 401k,

| | |
|---|---|
| Campus Job College | $139.00 per hour |

Sick leave, retirement, 401k,

| | |
|---|---|
| Certificate of Achievement | $140.00 per hour |

Sick leave, retirement, 401k,

13

Associate degree                                                                $145.15 per hour

Sick leave, retirement, 401k,

Sick leave, retirement, 401k,

Bachelor Degree                                                                 $148.29 per hour

Sick leave, retirement, 401k,

Master Degree                                                                   $155.39 per hour

Sick leave, retirement, 401k,

PH.D. or Doctor Degree                                                          $165.39 per hour

Sick leave, retirement, 401k,

The President of US or The President of Country                                 $412.29 per hour

Reminder as tian is sky, di is land,

Sick leave, retirement, 401k,

Welfare   $525.00 increase $2,485 per monthly

Foodstamp or Calfresh $200 increase $900 per monthly

SSI check

$660 increase $2,620 per monthly

Joint $770 increase $2,730  per monthly

Single $930 increase $3,000 per monthly

EDD $800-$900 weekly

GA $800- $900 weekly

14

Financial aid $1,700 per semester increase to $5,700 community college and make adjustable increase for state of University, University of California, University,

Cal Grant $1700

Unemployment pay rate $900-$1000 weekly

Medical, Medicare, senior, disabled,

I won this battle and profit, benefit, and share all countries including Laos and Thailand and obtain Medal of Honor award.

As result a battle, I win one-term, four year, The President of US. I free all debt. I am The President of US. I create the bill, sign the bill, pass the bill, win the bill, approve the bill, and winner-take-all system as highest achievement and obtain Medal of Honor award.

Date: 6/3/2023

Your signature

Saetern, Chiew Lio aka Chiu, Taifusin

YOUR NAME

IN PRO PER

15

# EXHIBIT





# External Surveillance Video Release Request

| Request Details | Name |
|---|---|
| Request Initiated by (SPL Staff): | Xander Marquez |
| Requested by: (Individual or Agency) | Taifusin Chiu |
| Date Requested: | 5/2./2023 |
| Contact Information of Requestor: | |
| Signature of External Requestor: | |
| Signature Date: | Chiu Tayr 5/20/2023 |
| Incident Details | |
| Date/Time of Incident: | 1:48pm |
| Location: (Branch) | Colonial Heights |
| Location in Branch: | PC #3 & #4 (near printer) |
| Detailed description of Incident (use additional paper if necessary): | Patron on #4 turned and punched Taifusin. |
| Incident Report Attached? (No – explain why) | Yes |
| Specific information being sought in video: (A description of activity or people) | Footage of assault. |
| Policy Statement (partial) | Video surveillance recordings or photos obtained through the surveillance system will be released in accordance with applicable laws. No release of video surveillance recordings or images occurs without prior authorization by the Library Director or designee. The Library makes no guarantee that specific requested video surveillance recordings or images will be available. |

Library use only: Scan Request to SEC-Karen

Release approved by:

Peter Coyl, Library Director

Date 24 May 2023

Received by: Chiu Tayr

Date: 5/27/2023

US court

501 I Street

Sacramento, CA 95814

Taifusin Chiu

4005 23rd ave apt J

Sacramento, CA 95820

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

,                                                              No.

Plaintiff, Taifusin Chiu

v.

,

Defendant. Colonial
Height Library/stranger
in library

Medal of Honor versus Purple Heart

The President Show Down
999 USD Gizmodo Number President Show Down and USD Infinite  President Show down

Maximum Number to Infinite Number USD President

Achievement versus no achievement

16

Restrict versus picky

Boundary line versus border line

Restrict versus picky on boundary line versus borderline on human right and law in overall life achievement

The President Show Down

Above and beyond and infinite bond of white diamond blue nile 22.11- Carat Emerald Cut Diamond

A white diamond blue nile 22.11- Carat Emerald Cut Diamond creates as small as rice as 0 and creates as big as sky and land and land and beyond and infinite bail, free, destroy, and remove Father of God and Mother of Goddess out of debt and drop as small as rice as 0 profit, benefits, and share all around the countries, countrywide, and return back to my country. I am profit, benefit, and share all around the state and statewide and return to my state. I am profit, benefit, and share all around the city and citywide and return to my city. I am profit, benefits, and share all around the county and countywide and return to my county. I am profit, benefit, and share around the hours, minutes, second, millisecond, become debt and free all debt and free all debt bond and above and beyond and infinite bond of white diamond blue nile 22.11- Carat Emerald Cut Diamond and generate for each country and all countries, state, city, county, hour, minutes, second, and millisecond as highest achievement obtain Medal of Honor award.

We, the people of US and I test true or lie

We, and he people of US and I kill all word lie under oath, We, the people of US and I am requesting the truth to be confession and obtain Purple Heart award.

We, the people of US and I kill all words lie to the oath, We, the people of US and I am

17

requesting the truth to be confession and obtain Purple Heart award.

We, the people of US and I test cheating and no cheating

We, the people of US and I kill all cheating and cheating on money and We, the people of US and I am requesting the truth to confession and obtain Purple Heart Award.

We, the people of US and I test yes and no answer to all questions

We, the people of US and I kill all he word " no" and remove it safely and peacefully and circle "yes" and obtain Purple Heart award.

We, the people of US and I select promote from Preamble in US constitution

We, the people of US and I promote kill to revive in Purple Heart award.

We, the people of US and I revive my highest achievement, a white diamond blue Nile 15.06-Carat Princess Cut Diamond creates as small as rice as big as sky and land and beyond and infinite bail, free, remove, and destroy all Father of God and Mother of Goddess' debt and drop as small as rice as 0 and profit, benefits, and share all around the country and countrywide and return back to my home country. I am profit, benefits, and share all around the state and statewide and return to my home city. I am profit, benefit, and share all around the city and citywide and return my home my home city. I am profit, benefit, and share around the hours, minutes, second, millisecond, become debt and free all debt and free all debt bond and above and beyond and infinite bond of white diamond blue nile 22.11- Carat Emerald Cut Diamond  and generate for each country and all countries, state, city, county, hour, minutes, second, and millisecond obtain Medal of Honor award or Purple Heart award.

We, the people of US and I won my highest achievement, a white diamond blue nile 15.06-Carat Princess Cut Diamond   creates as rice as big as sky and land and beyond and infinite bail, remove, destroy, and free all Father of God and Mother of Goddess' debt and drop or small or rice or 0 and drop as small as rice as 0 and profit, benefits, and share all around the country and

18

countrywide and return my home country. I am profit, benefits, and share all around the state and statewide and return my back to my home state. I am profit, benefits, and share all around the city, and citywide and return my back to my home city. I am profit, benefit, and share around the hours, minutes, second, millisecond, become debt and free all debt and free all debt bond and above and beyond and infinite bond of white diamond blue nile 22.11- Carat Emerald Cut Diamond and generate for each country and all countries, state, city, county, hour, minutes, second, and millisecond as highest achievement obtain Medal of Honor award. We, the people of US and I both Medal of Honor award and Purple Heart award.

No achievement vs achievement case

What is signature for?

Date: 6/3/2023

Your signature

Saetern, Chiew Lio aka Chiu, Taifusin

YOUR NAME

IN PRO PER

19

**Robert T. Matsui U.S. Courthouse and Federal Building**

**501 I St**

Sacramento, CA 95814

Taifusin Chiu

4005 23rd ave Apt J

Sacramento, CA 95820

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| , | No. |
| Plaintiff, Taifusin Chiu Or Saetern, Chiew Lio | |
| v. | |
| , | |
| Defendant. Stranger at computer next to print, The President of US/All report, | |

Such a period, a period, any period, such a punctuation mark, a punctuation mark, any punctuation mark, such a number, a number, any number, such a letter, a letter, any letter, such a word, a word, any word creates as rice as 0 and create or big or  sky and land and above and beyond and infinite or create as big as sky and land and above and beyond and infinite  or drop or small or rice or any word, a word, such a word, any letter, a letter, such a letter, any number, a

20

number, such a number, any punctuation mark, a punctuation mark, such a punctuation mark, any period, a period, such a period and drop or small or rice or 0 and drop as small as rice as 0 and obtain Medal of Honor award.

Purple heart effect:

We, the people of US and I test true or lie or lie detector

We, the people of US and I kill all lie under oath, We, the people of US and I am requesting the truth be confession and obtain Purple heart award.

We, the people of US and I kill all lie under oath, We, the people of US and I am requesting the truth be confession and obtain Purple heart award.

We, the people of US and I test cheating and cheating on money

We, the people of US and I kill all cheating and cheating on money, We, the people of US and I am requesting the truth be confession and obtain Purple heart award.

We, the people of US and I test yes or no answer to the question

We, the people of US and I kill the word "no" and answer the question and circle "yes" and obtain Purple Heart award.

We, the people of US and I choose promote from Preamble in Constitution

We, the people of US and I choose "wound" or "kill" from Purple Heart award.

We, the people of US and I choose "kill" from Purple heart award.

We, the people of US and I promote kill to revive in Purple Heart award

We, the people of US and I revive my highest achievement, such a period, a period, any period, such a punctuation mark, a punctuation mark, any punctuation mark, such a number, a number, any number, such a letter, a letter, any letter, such a word, a word, any word creates as rice as 0 and create or big or  sky and land and above and beyond and infinite or create as big as sky and land and above and beyond and infinite  or drop or small or rice or any word, a word, such a word, any letter, a letter, such a letter, any number, a  number, such a number, any punctuation mark, a punctuation mark, such a punctuation mark, any period, a period, such a period and drop or small or rice or 0 and drop as small as rice as 0 and obtain Medal of Honor award or Purple Heart award.

We, the people of US and I win my highest achievement, such a period, a period, any period, such a punctuation mark, a punctuation mark, any punctuation mark, such a number, a number, any number, such a letter, a letter, any letter, such a word, a word, any word creates as rice as 0 and create or big or sky and land and above and beyond and infinite or create as big as sky and land and above and beyond and infinite or drop or small or rice or any word, a word, such a word, any letter, a letter, such a letter, any number, a number, such a number, any punctuation mark, a punctuation mark, such a punctuation mark, any period, a period, such a period and drop or small or rice or 0 and drop as small as rice as 0 and obtain Medal of Honor award.

Date: 6/3/2023

Your signature

Saetern, Chiew Lio aka Chiu, Taifusin

YOUR NAME

IN PRO PER

22

**Robert T. Matsui U.S. Courthouse and Federal Building**

**501 I St**
Sacramento, CA 95814

Taifusin Chiu

4005 23rd ave Apt J

Sacramento, CA 95820

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| , | No. |
| Plaintiff, Taifusin Chiu | |
| Or Saetern, Chiew Lio | |
| v. | |
| , | |
| Defendant. Stranger at computer next to print, The President of US/All report, | |

900 Gimizdo Number Presidential Show down

Maximum to infinite Number USD President

Achievement v. no Achievement

Restrict versus picky on boundary line versus borderline on human right and law in

23

overall life achievement

Creating the bill and Process in order and process passing the bill

The President Show Down

The President of Country or The President of US

Such a period is such a period from such a punctuation mark under such a word

Beyond such a period call 0, he or she has violation 0 dots. He or she is found guilty of plagiarism, ghostwriter, unpaid order, gross plagiarism, misdemeanor, felony, arrest, criminal, discipline, complaint, sin, plagiarism record, ghostwriter record, unpaid order, gross plagiarism record, misdemeanor record, felony record, arrest record, criminal record, discipline record, complaint record, sin record, California Penal Code 653(b), such a record, sue $1000 or more as highest achievement and obtain Medal of Honor award.

We, the people of US and I test true or lie or lie detector

"We, the people of US" or "We, the people of Country" and I kill all lie under oath, We, the people of US and I confession to the truth and obtain Purple Heart award.

"We, the people of US" or "We, the people of Country" and I kill all lie under oath, We, the people of US and I confession to the truth and obtain Purple Heart award.

We, the people of US or We, the people of Country" and I kill all cheating and cheating on money and We, the people of US and I am requesting the truth to be confession and obtain Purple Heart award.

We, the people of US or We, the people of Country and I test yes or no answer to the question

We, the people of US and I kill the word "no" and remove safely and peacefully and obtain Purple Heart award.

We, the people of US and I choose promote from Preamble in US Constitution

We, the people of US and I choose wound or kill terminology from Purple Heart award.

We, the people of US and I choose promote kill to revive in Purple Heart award

24

We, the people of US and I revive my highest achievement, beyond such a period call 0, he or she has violation 0 dots, he or she is found guilty of plagiarism, ghostwriter, unpaid order, gross plagiarism, misdemeanor, felony, arrest, criminal, discipline, complaint, sin, plagiarism record, ghostwriter record, unpaid order, gross plagiarism record, misdemeanor record, felony record, arrest record, criminal record, discipline record, complaint record, sin record, California Penal Code 653(b), such a record, sue $1000 or more and obtain Medal of Honor award or Purple Heart award.

We, the people of US and I choose my highest achievement, beyond such a period call 0, he or she has violation 0 dots, he or she is found guilty of plagiarism, ghostwriter, unpaid order, gross plagiarism, misdemeanor, felony, arrest, criminal, discipline, complaint, sin, plagiarism record, ghostwriter record, unpaid order, gross plagiarism record, misdemeanor record, felony record, arrest record, criminal record, discipline record, complaint record, sin record, California Penal Code 653(b), such a record, sue $1000 or more and obtain Medal of Honor award. We, the people of US and I won both Medal of Honor award and Purple Heart award.

Before he or she is found guilty of his or her side story or error of his or her side story and he or she refuses to pay or denial to pay. He or she should not cause problem and she or she should not bull shit which he or she refuse to pay with his or her harden money or stingy in money. He or she file charge California Penal Code 653(b) and press charge misdemeanor and arrest or misdemeanor not found arrest and pursuit against him or her criminal record and book in jail. Post bond for bail $1000 and call such a period as highest achievement and obtain Medal of Honor award.

25

We, the people of US and I test true or lie or lie detector

"We, the people of US" or "We, the people of Country" and I kill all lie under oath, We, the people of US and I confession to the truth and obtain Purple Heart award.

"We, the people of US" or "We, the people of Country" and I kill all lie under oath, We, the people of US and I confession to the truth and obtain Purple Heart award.

We, the people of US or We, the people of Country" and I kill all cheating and cheating on money and We, the people of US and I am requesting the truth to be confession and obtain Purple Heart award.

We, the people of US or We, the people of Country and I test yes or no answer to the question

We, the people of US and I kill the word "no" and remove safely and peacefully and obtain Purple Heart award.

We, the people of US and I choose promote from Preamble in US Constitution

We, the people of US and I choose wound or kill terminology from Purple Heart award.

We, the people of US and I promote kill to revive in Purple Heart award

We, the people of US and I revive my highest achievement before he or she is found guilty of his or her side story or error of his or her side story and he or she refuses to pay or denial to pay. He or she should not cause problem and she or she should not bull shit which he or she refuse to pay with his or her harden money or stingy in money. He or she file charge California Penal Code 653(b) and press charge misdemeanor and arrest or misdemeanor not found arrest and pursuit against him or her criminal record and book in jail. Post bond for bail $1000 and call such a period and obtain Medal of Honor award or Purple Heart award.

We, the people of US and I choose my highest achievement before he or she is found guilty of his or her side story or error of his or her side story and he or she refuses to pay or denial to pay. He or she should not cause problem and she or she should not bull shit which he or she refuse to pay with his or her harden money or stingy in money. He or she file charge California Penal Code 653(b) and press charge misdemeanor and arrest or misdemeanor not found arrest and pursuit against him or her criminal record and book in jail. Post bond for bail $1000 and call such a period and obtain Medal of Honor award.

He or she would she or he said, "He or she lie for freebie money and call choke me dead story while he or she is not and no dead body found with evidence and procedure. There is not evidence of dead body by doctor, physician, psychiatrist, nurse, law enforcement, attorney, and judge in the dead body lab for crime lab. He or she win California Penal Code 653(b) and $1000 and press charge California Penal Code 653(b) and press charge California Penal 653(b) m and not found arrest or press charge California Penal Code 653(b) m and not found arrest and obtain

26

Purple Heart award.

He or she won his or her California Penal Code 653(b) and press charge California Penal 653(b) and arrest record and book in jail and post bond for bail and kill my job security and obtain Purple Heart award.

Misdemeanor, felony, arrest, criminal, discipline, complaint, sin, plagiarism, gross plagiarism, unpaid order, misdemeanor record, felony record, arrest record, criminal record, discipline record, complaint record, sin record, plagiarism record, gross plagiarism, unpaid order record wound to highest achievement such as Computer Information Science – Management Information Science Certificate of Achievement and kill my job security and wound to my highest achievement, IT Desk Analyst Position to job loss and employer denial or reject when every time I apply and obtain Purple Heart award or Medal of Honor award.

We, the people of US and I test true or lie or lie detector

"We, the people of US" or "We, the people of Country" and I kill all lie under oath, We, the people of US and I confession to the truth and obtain Purple Heart award.

"We, the people of US" or "We, the people of Country" and I kill all lie under oath, We, the people of US and I confession to the truth and obtain Purple Heart award.

We, the people of US or We, the people of Country" and I kill all cheating and cheating on money and We, the people of US and I am requesting the truth to be confession and obtain Purple Heart award.

We, the people of US or We, the people of Country and I test yes or no answer to the question

We, the people of US and I kill the word "no" and remove safely and peacefully and obtain Purple Heart award.

We, the people of US and I choose promote from Preamble in US Constitution

We, the people of US and I choose wound or kill terminology from Purple Heart award.

We, the people of US and I choose promote kill to revive in Purple Heart award

We, the people of US and I revive my highest achievement, misdemeanor, felony, arrest, criminal, discipline, complaint, sin, plagiarism, gross plagiarism, unpaid order, misdemeanor record, felony record, arrest record, criminal record, discipline record, complaint record, sin record, plagiarism record, gross plagiarism, unpaid order record wound to highest achievement

27

such as Computer Information Science – Management Information Science Certificate of Achievement and kill my job security and wound to my highest achievement, IT Desk Analyst Position to job loss and employer denial or reject when every time I apply and obtain Purple Heart award or Medal of Honor award.

We, the people of US and I won my highest achievement, misdemeanor, felony, arrest, criminal, discipline, complaint, sin, plagiarism, gross plagiarism, unpaid order, misdemeanor record, felony record, arrest record, criminal record, discipline record, complaint record, sin record, plagiarism record, gross plagiarism, unpaid order record wound to highest achievement such as Computer Information Science – Management Information Science Certificate of Achievement and kill my job security and wound to my highest achievement, IT Desk Analyst Position to job loss and employer denial or reject when every time I apply and obtain Purple Heart award.

We, the people of US and I revive my highest achievement, sky and land overall life achievement fortune, Father of god's overall life achievement fortune, God, the creator's overall life achievement fortune, Mother of goddess' overall life achievement fortune, Goddess, the creator's overall life achievement fortune and Father of god rank and God, the creator rank, Mother of goddess rank and Goddess, the god creator rank to destroy, free, remove, and bail plagiarism, gross plagiarism, unpaid order, ghostwriter, misdemeanor, felony, arrest, criminal, discipline, sin, plagiarism record, gross plagiarism record, unpaid order record, ghostwriter record, misdemeanor record, felony record, arrest record, criminal record, discipline record, sin record, such a record, all record, soul, chest, and body and obtain Medal of Honor award or Purple Heart award.

We, the people of US and I test true or lie or lie detector

"We, the people of US" or "We, the people of Country" and I kill all lie under oath, We, the people of US and I confession to the truth and obtain Purple Heart award.

"We, the people of US" or "We, the people of Country" and I kill all lie under oath, We, the people of US and I confession to the truth and obtain Purple Heart award.

We, the people of US or We, the people of Country" and I kill all cheating and cheating on money and We, the people of US and I am requesting the truth to be confession and obtain Purple Heart award.

We, the people of US or We, the people of Country and I test yes or no answer to the question

We, the people of US and I kill the word "no" and remove safely and peacefully and obtain Purple Heart award.

We, the people of US and I choose promote from Preamble in US Constitution

28

We, the people of US and I choose wound or kill terminology from Purple Heart award.

We, the people of US and I choose promote kill to revive in Purple Heart award

We, the people of US and I revive my highest achievement, sky and land overall life achievement fortune, Father of god's overall life achievement fortune, God, the creator's overall life achievement fortune, Mother of goddess' overall life achievement fortune, Goddess, the creator's overall life achievement fortune and Father of god rank and God, the creator rank, Mother of goddess rank and Goddess, the god creator rank to destroy, free, remove, and bail plagiarism, gross plagiarism, unpaid order, ghostwriter, misdemeanor, felony, arrest, criminal, discipline, sin, plagiarism record, gross plagiarism record, unpaid order record, ghostwriter record, misdemeanor record, felony record, arrest record, criminal record, discipline record, sin record, such a record, all record, soul, chest, and body and obtain Medal of Honor award or Purple Heart award.

We, the people of US and I choose my highest achievement and won my highest achievement, sky and land overall life achievement fortune, Father of god's overall life achievement fortune, God, the creator's overall life achievement fortune, Mother of goddess' overall life achievement fortune, Goddess, the creator's overall life achievement fortune and Father of god rank and God, the creator rank, Mother of goddess rank and Goddess, the god creator rank to destroy, free, remove, and bail plagiarism, gross plagiarism, unpaid order, ghostwriter, misdemeanor, felony, arrest, criminal, discipline, sin, plagiarism record, gross plagiarism record, unpaid order record, ghostwriter record, misdemeanor record, felony record, arrest record, criminal record, discipline record, sin record, such a record, all record, soul, chest, and body and obtain Medal of Honor award. We, the people of US and I won Medal of Honor award and Purple Heart award.

He or she have dropped the case and force the victory to me. I won the victory outcome as the result of battle. I won the price as highest achievement and obtain Medal of Honor award.

He or she has violation such a letter, he or she found guilty of his or her story, he or she under arrest. He or she has been file arrest, press charge misdemeanor found arrest or misdemeanor not found arrest or felony found arrest and has been sue for $1000 and post bond for bail $1000.
Beyond, he or she has been file arrest, press charge with misdemeanor found arrest or felony found arrest and book in jail and has been sue for $1000 and post bond for bail $1000.
He or she has violation such a letter, he or she found guilty of his or her side story, he or she under arrest.
He or she has been file arrest, press charge with felony found arrest or misdemeanor found arrest or felony found arrest and has been sue for $1000 and book in jail and post bond for bail $1000. A written time contract case to be destroyed with the time, date, and name whose wrote it. A choice of play choke me dead story and tell your story to doctor, psychiatrist, and nurse from emergency room, all hospital or hospital wide, social worker, from social security office, and Service Coordinator, from El Hogar and social worker, and service coordinator, psychiatrist, and doctor to reliable for death, and sue for his or freebie government money to protect and pay for his or her cost of death and for his or her funeral, funeral party, funeral expense, and funeral cost.

29

Date: 6/3/2023

Your signature

Saetern, Chiew Lio aka Chiu, Taifusin

YOUR NAME

IN PRO PER

30

**Robert T. Matsui U.S. Courthouse and Federal Building**

**501 I St**

Sacramento, CA 95814

Taifusin Chiu

4005 23rd ave Apt J

Sacramento, CA 95820

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

No.

,

Plaintiff, Taifusin Chiu
Or Saetern, Chiew Lio

v.

,

Defendant. Stranger at computer next to print, The President of US/All report,

900 Gimizdo Number Presidential Show down

Maximum to infinite Number USD President

Achievement v. no Achievement

Restrict versus picky on boundary line versus borderline on human right and law in overall life achievement

31

Creating the bill and Process in order and process passing the bill

The President Show Down

The President of Country or The President of US

Such a dot define such a period from such a punctuation mark and from such a word

Taifusin Chiu Vs. Record division and Police report record and Police report vs. all record

Word defense

Such a dot, a dot, any dot, such a punctuation mark, a punctuation mark, any punctuation mark, such a number, a number, any number, such a letter, a letter, any letter, such a word, a word, any word create as small as rice as 0 and create as big sky and land and beyond and infinite and drop or small or rice or any word, a word, such a word, any letter, a letter, such a letter, any number, a number, such a number, any punctuation mark, a punctuation mark, such a punctuation mark, any dot, a dot, such a dot  or 0 and drop as small as rice as 0 as highest achievement and obtain Medal of Honor award.

Purple Heart effect award

"We, the people of US" and I test true or lie or lie detector

We, the people of US and I kill all word lie under oath, We, the people of US and I am requesting the confession and obtain Purple Heart award.

We, the people of US and I kill all word lie to oath, We, the people of US and I am requesting the confession and obtain Purple Heart award.

We, the people of US and I test cheating and all cheating on money

We, the people of US and I kill all cheating and cheating on money, We the people of US and I am requesting the truth to be confession and obtain Purple Heart award

We, the people of US and I select wound or kill from Purple Heart award

32

We, the people of US and I select kill from Purple Heart award

We, the people of US and I test yes or no answer to the question

We, the people of US and I kill word "no" and remove safely and peacefully and obtain Purple Heart award.

We, the people of US and I choose promote in Preamble in US Constitution

We, the people of US and I choose kill or wound from Purple Heart award.

We, the people of US and I select promote kill to revive in Purple Heart award.

We, the people of US and I revive my highest achievement, such a dot, a dot, any dot, such a punctuation mark, a punctuation mark, any punctuation mark, such a number, a number, any number, such a letter, a letter, any letter, such a word, a word, any word create as small as rice as 0 and create as big sky and land and beyond and infinite and drop or small or rice or any word, a word, such a word, any letter, a letter, such a letter, any number, a number, such a number, any punctuation mark, a punctuation mark, such a punctuation mark, any dot, a dot, such a dot  or 0 and drop as small as rice as 0 and obtain Medal of Honor award or Purple Heart award.

We, the people of US and I won this battle and choose my highest achievement, a word create as small as rice as 0 and create as small as rice as such a dot, a dot, any dot, such a punctuation mark, a punctuation mark, any punctuation mark, such a number, a number, any number, such a letter, a letter, any letter, such a word, a word, any word create as big sky and land and beyond and infinite and drop or small or rice or any word, a word, such a word, any letter, a letter, such a letter, any number, a number, such a number, any punctuation mark, a punctuation mark, such a punctuation mark, any dot, a dot, such a dot or 0 and drop as small as rice as 0 and obtain Medal of Honor award. We, the people of US and I won both Medal of Honor award and Purple Heart award.

33

Date: 6/3/20 23

Your signature

Saetern, Chiew Lio aka Chiu, Taifusin

YOUR NAME

IN PRO PER

34